Original

12-15-00134-CR

IN RE, DONALD ADKINS

-V-

CHARLES R. MITCHELL

DISTRICT JUDGE

SABINE COUNTY, TEXAS

AND

MR. J. KEVIN DUTTON

DISTRICT ATTORNEY

SABINE COUNTY, TEXAS

IN THE TWELFTH CIRCUIT

COURT OF APPEALS



FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 2 1 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

## RELATOR'S ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Donald Adkins, Relator in pro-se, to bring forth before this Honorable Court this Original Application for Writ of Mandamus pursuant to Tex. Gov'e Code Ann. § 22.221, Vernon's Ann. C.C@.P. art 4.03, 4.04, and 4.08 and the constitution of both the State of Texas, and the United States, and not limited there to... and will show this Honorable Court the following:

## I.
### RELATOR

Donald Adkins TDCJ-CID No. 1792685, is currently incarcerated in the Ramsey One Unit, 1100 FM 655, Rosharon, Texas 77583, Brazoria County.

Relator has exhausted his remedies and has not other adequate remedy at law. The action sought to be compelled is ministerial, and not discretionary in nature.

-1-

District Attorney J.K. Dutton and the District Court's Honorable Judge, Charles R. Mitchell of Sabine county, Texas has a sworn duty to uphold the constitution and laws of the State of Texas, and our Federal Government... and, Fast and Speedy trial, and has failed to do so or has blatantly disregarded their obligation they sworn to uphold upon appointment or hire.

## II.
## RESPONDENT(S)

Respondent(s), district attorney Dutton as well as the Honorable judge Charles R. Mitchell, of the Sabine County Judicial District Court of Texas has the duty to secure and protect the Relator's due process and, fast and speedy trial rights under State and Federal law, and State and Federal Constitution.

## III
## PROCEDURAL HISTORY

1. On or about August 4, 2011, notification of pending charges became known to Relator out of the County of Sabine, State of Texas nd the Relator requested his attorney, Steve Smith to invoke Speedy Trial Rights on Sabine County of Texas, Court's thereof.

2. No document evidence is in possession of the Relator.

3. On the dates of October 17, and November 20, 2012, Relator sent to Sabine County Court and prosecution Motions for Speedy Trial and Bench Warrant.

4. The Respondents and Court thereof never responded to the motions filed on October 17, and November 20, 2012.

-2-

5. On December 16, 2013, Relator filed (mailed) a Motion to Dismiss pending charges, complaints, indictments... et-cetra.

6. Respondents and/or Court thereof never responded.

7. On January 17, 2014, a letter to the clerk of the court of Sabine County, Texas... explained actions priorly taken by Relator and not response was provided and, Relator requested status.

8. On February 19, 2014, a letter explaining the above Number 1-7 herein of this writ's procedural history... was mailed to "Honorable Judge, Mitchell of Sabine County, Texas, an requested assistance in the interest of justice and as of this date no response.

9. Within numbers 1-8 of this writ's procedural history, the Relator has directed his rights to speedy trial an rights secured bu federal constitutional law.

10. Relator, under State and Federal law, provided notice to Respondents and the State of Texas, county of Sabine... in writing through his documents filed (mailed) with the Courts of Sabine County, Texas. See 1-9 of this writ's procedural history.

11. The Respondents have placed holders (warrants) against the Relator in his prison placement classification screen - preventing proper review of parole and institutional security levels for privileges, rights enjoyed by others, and parole consideration.

12. The holders are unconstitutional and deny the freedoms and privilege due to the Relator.

-3-

# VI.
## MEMORANDUM

The issuance of a writ of mandamus is a extreme remedy. Its use is limited to instances where: 1). A official has failed to preform a lawful, essentially ministerial duty; 2). The Relator has not other viable remedy at law to compel the official to act.

The Respondents have failed to prevent violations of the Relator's rights to due process and fast and speedy trial and in so doing dismissing all warrants, holds, indictments, complaints et-cetra against him known or unknown to the Relator and by failure of Respondents to perform their duties have prejudiced the Relator and violated his secured rights.

The writ of mandamus is the only viable remedy at law to compel the officials to act.

The Respondents has failed to perform their duties to secure the Relator's secured rights, and further dismiss all complaints, warrants, holds et-cetra against the Relator when he further attempted to remedy the matter before this Honorable Court of his violated rights by multiple attempts to obtain a fast and speedy trial and dismissal of the addressed complaints, warrants, holds, et-cetra after gross neglect of the Respondents during the years of attempted remedies by the Relator! It is clear that the Respondents have either failed or refused to even attempt to comply with State and Federal law and/or secured constitutional amendments. Consequently, the lasp of time has prejudiced any defense the Relator would have had in rememberance of detail, knowledge of witnesses and vital culpable and

-4-

exculpable facts necessary to show actual innocence or key factors. It must be evident that this Relator has attempted any and all appropriate exhaustive attempts of a remedy and all such attempts has thus far failed to remedy the issues at hand and error lies on part of the trial court of Sabine County, Texas in this case and that the primary issue for this appellate court must be in the interest to enforce the constitution of both State and Federal Government and restore the rights that are being over looked in ignorance of multiple attempts made by this Relator.

The actions of the Respondents are not in the best interest of justice.

Jurisdiction is proper, not just by statue under Texas State law, or that of rule of court, but... for interest to secure our constitutional intent set forth by our forfathers to overturn the crown and a single sided monarchy.

This Court has "un-wavering" jurisdiction, by rule of Court and rights of Relator.

## V.
## PRAYER FOR RELIEF

Wherefore Premises considered, Relator, Donald Adkins... in pro-se, respectfully request that this Honorable Court finds that the Respondents has either failed or refused to perform its ministerial duty and has not upheld the letter of the law and/or the constitutional intent and therefore, set forth the following:

The Relator prays for an order by this Honorable Court directing the Respondents to comply with the mandates set forth by the constitution in the Promise of Due Process and a fast and

-5-

speedy trial and dismiss with prejudice all counts held against the Relator being called a complaint, warrant, indictment et-cetra addressed by the Relator in his many attempts made in his procedural history section III of this application of a writ for mandamus were he proves Respondents has created grounds for this writ to issue.

Respectfully Submitted,

_Donald Adkins_
Donald Adkins Pro-Se
TDCJ-CID No.1792685
Ramsey One Unit
1100 F.M. 655
Rosharon, Tx. 77583

## CERTIFICATE OF SERVICE

I do hereby certify that a complete copy of the forgoing Application for Writ of Mandamus was sent via US mail to:

1. Charles R. Mitchell          2. J.Kevin Dutton
   273rd District Court            District Att.
   Sabine County, Texas           Sabine County, Texas

Mailed this _18th_ day of May 2015, by way of Ramsey One

TDCJ-CID mail room.

Respectfully Submitted,

_Donald Adkins_
Donald Adkins Pro-Se
TDCJ-CID No.1792685
Ramsey One Unit
1100 F.M. 655
Rosharon, Tx. 77583

## AFFIDAVIT OF FACT

I Donald Adkins, do hereby state:

1. I am Donald Adkins, Relator in the accompanied application for writ of mandamus and this affidavit residing at 1100 F.M. 655, Rosharon, Texas 77583 with TDCJ-CID No.1792685.

2. I do hereby state that all claims made before this Honorable Court in the referenced application of writ of mandamus are of fact to the best of my knowledge.

I do hereby under oath make there claims as fact before this Honorable Court and do so under the laws of perjury.

Sworn and signed this 18th day of May 2015.

Donald Adkins
TDCJ-CID No.1792685
Ramsey One Unit
1100 F.M. 655
Rosharon, Tx. 77583